# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-119 |
| PLAINTIFF, | ORDER TO UNSEAL CASE |
| v. | |
| ROBERT DAVID FORSYTH, | |
| DEFENDANT. | |

Based upon the Motion of the United States of America, and good cause appearing, IT IS ORDERED that this matter be unsealed.

DATED this __8th__ day of June, 2012

United States District Judge