UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:12-cr-119-PMP-PAL |
| ROBERT DAVID FORSYTH, | ) | |
| Defendant. | ) | **ORDER** |

On March 12, 2013, the Court granted George P. Kelesis, Esq. and Mark B. Bailus, Esq.'s "Motion to Withdraw as Attorneys of Record" (#42) and ordered new counsel appointed. Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to represent Robert David Forsyth in place of George P. Kelesis, Esq. and Mark B. Bailus, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Kelesis and Mr. Bailus shall forward the file to the Federal Public Defender forthwith.

DATED this 13th day of March, 2013.

Nunc Pro Tunc: March 13, 2013.

_____
PHILIP M. PRO
United States District Judge